# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ROMERO TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. CV 13-0461 MWF (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed.

Accordingly, **IT IS ORDERED THAT**:

(1) The Report and Recommendation is **APPROVED** and **ACCEPTED**;

(2) The decision of the Commissioner denying benefits is **REVERSED**; and

(3) This matter is **REMANDED** for further administrative action.

Dated: January 31, 2014

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE