Suzanne C. Leidner
LEIDNER & LEIDNER
4622 Hollywood Blvd.
Los Angeles, CA 90027
Tel: (323) 664-5670
Fax:(323)662-0840
email: Scleidner@aol.com
State Bar of California #090387

Attorney for Plaintiff
VALERIE TORRES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA.

WESTERN DIVISION

| | |
|---|---|
| VALERIE TORRES | ) CASE NO: CV 13-00461 JCG |
| Plaintiff | )    [~~Proposed~~] Order Awarding EAJA Fees |
| vs. | ) |
| CAROLYN W. COLVIN | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

   IT IS ORDERED that based upon the parties Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, Plaintiff shall be awarded attorney fees under EAJA in the amount of FOUR THOUSAND DOLLARS and 00/cents ($4,000.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: MARCH 17, 2014

_____
JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

-1-